UNITED STATES v. JAFFRAY et al.

(Circuit Court of Appeals, Second Circuit. January 13, 1897.)

TARIFF ACT 1890—VELVET RIBBONS—DUTY.
 Velvet ribbons are dutiable as "manufactures of silk," under paragraph 414, Act 1890, and not as "velvets, plushes," etc., under paragraph 411.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Wallace Macfarlane, U. S. Atty., and Jas. T. Van Rensselaer, Asst. U. S. Atty.

Chas. Curie, David Ives Mackie, and W. Wickham Smith, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Upon the evidence in the record, we are of the opinion that the importations in controversy—velvet ribbons—are not "velvets, plushes, or other pile fabrics," within the meaning of paragraph 411 of the tariff act of October 1, 1890. Velvet ribbons are without a selvedge, and, according to the commercial understanding which prevailed at the date of the passage of the act, were excluded, for that reason, from the category of the paragraph. They were therefore dutiable under paragraph 414, as "manufactures of silk, or of which silk is the component material of chief value, not specially provided for in this act." The adjudication of the circuit court is therefore affirmed.